NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNISONE STRATEGIC IP, INC.,**
*Appellant*

**v.**

**LIFE TECHNOLOGIES CORPORATION,**
*Appellee*

---

2017-2471

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2016-00025.

---

## JUDGMENT

---

DANIEL LUKE GEYSER, Geyser, PC, Dallas, TX, argued for appellant. Also represented by DOUGLAS D. GEYSER, Stris & Maher LLP, Los Angeles, CA.

MICHAEL KIKLIS, Bass, Berry & Sims, PLC, Washington, DC, argued for appellee. Also represented by BRIAN IVERSON, MATTHEW ZAPADKA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 10, 2018                    /s/ Peter R. Marksteiner
Date                                         Peter R. Marksteiner
                                                Clerk of Court